CENTER FOR DISABILITY ACCESS
Mark Potter, SBN 166317
Phyl Grace, Esq., SBN 171771
Christopher Seabock, SBN 279640
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case No.2:14-CV-00798-LKK-CKD |
| Plaintiff, | **Plaintiff's Request to Continue Scheduling Conference** |
| v. | |
| **Elk Horn Gas Inc.**, a California Corporation; and Does 1-10, | |
| Defendants | |

   **WHEREAS** Plaintiff first served Defendant Elk Horn Gas, Inc, a California Corporation on May 12, 2014; and

   **WHEREAS** Defendant has not answered, and has not yet exhausted their time to answer; and

   **WHEREAS** the parties have not yet had an opportunity to meet and confer per Rule 26 to set a discovery plan,

   **IT IS HEREBY REQUEST** by Plaintiff that the Scheduling Conference currently scheduled for June 16, 2014 by vacated or continued until such time that Defendant has had a full opportunity to respond and Plaintiff's counsel can conduct an appropriate Rule

1  26 Meet and Confer. Plaintiff's counsel believes 60 days should be sufficient time to
2  fulfill both requirements.
3
4  Dated: June 2, 2014                    CENTER FOR DISABILITY ACCESS
5
6                                         By: _____
7                                              Mark Potter, Esq.
8                                              Attorneys for Plaintiff

| | |
|---|---|
| Scott Johnson,  Plaintiff,  v.  Elk Horn Gas Inc., a California Corporation; and Does 1-10,  Defendants | Case No. 2:14-CV-00798-LKK-CKD  **Order Granting Request to Continue Scheduling Conference** |

## ORDER

Having read the forgoing request and good cause appearing it is hereby ordered that the scheduling conference be continued from June 16, 2014 to September 29, 2014 at 1:30 p.m. Status reports shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated: June 4, 2014.

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT