UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:14-cv-0798 MCE CKD |
| Plaintiff, | |
| v. | ORDER |
| ELK HORN GAS, INC., | |
| Defendant. | |

Pending before the court is plaintiff's motion for default judgment. The proof of service of the summons and complaint indicates that an individual named Surinder Singh was served on behalf of the defendant corporation. ECF No. 5. Plaintiff's exhibits submitted in support of the motion for default judgment indicate that the authorized agent for service of process for the defendant corporation is Jatinderpal Bajwa. ECF No. 13-8 at p. 4. Under these circumstances, the court cannot find that entry of default judgment is proper. See Fed. R. Civ. P. 4(h), Cal. Code Civ. P. § 416.10.

Accordingly, IT IS HEREBY ORDERED that:

1. The entry of default (ECF No. 9) is vacated; and

/////

/////

/////

1

2.  The motion for default judgment (ECF No. 13) is denied without prejudice.

Dated:  October 2, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 johnson.elkhorn.def.den

2