ILIJA CVETICH SBN: 133534
LAW OFFICES OF ILIJA CVETICH
3465 American River Drive, Suite B
Sacramento, CA 95864
Phone: 916-488-1930
Fax: 916-488-1939
Email: ic@iclawoffices.com

Attorneys for Defendant
Elk Horn Gas Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>Elk Horn Gas Inc., a California Corporation; and Does 1-10,<br><br>　　　　Defendants, | Case No. 2:14-cv-00798-MCE-CKD<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |

STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

On this 14th day of January, 2015, it is stipulated and agreed between counsel for Plaintiff and counsel for Defendant, that Defendant's Answer to the Complaint shall be filed by January 16, 2015 but in no event shall the Answer be filed later than January 19, 2015, and that an order

///
///
///
///
///
///
///
///
///

1 | consistent with this Stipulation be entered without further notice.

Respectfully submitted,

Date:_____

Ilija Cvetich, Attorney for Defendant

Date:_____

Phyl Grace, Attorney for Plaintiff

IT IS SO ORDERED.

Dated:  January 27, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT