UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case: 2:14-cv-00798 MCE DB |
| Plaintiff, | **ORDER** |
| v. | |
| **Elk Horn Gas Inc.**, a California Corporation; and Does 1-10, | |
| Defendants. | |

In accordance with the parties' stipulation, and good cause appearing, the discovery cut-off in this matter is hereby continued from November 7, 2016 to January 6, 2017.

**IT IS SO ORDERED.**

Dated:  December 7, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE