UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

            Plaintiff,

    v.

ELK HORN GAS, INC.,

            Defendant.

No.  2:14-cv-0798 MCE DB

ORDER

On February 8, 2017, plaintiff filed a motion for sanctions.  (ECF No. 35.)  That motion is noticed for hearing before the undersigned on February 24, 2017.  Pursuant to Local Rule 251(e), defendant was to file a response to plaintiff's motion on or before February 17, 2017.  Defendant, however, has failed to file a timely response to plaintiff's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The February 24, 2017 hearing of plaintiff's motion to for sanctions (ECF No. 35) is continued to **March 17, 2017** at **10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

2. Counsel for defendant shall appear in person at the March 17, 2017 hearing;

3. Within fourteen (14) days of the date of this order, defendant's counsel shall show cause in writing as to why counsel should not be further sanctioned for violating the January 9, 2017 order (ECF No. 34) and the Local Rules;

1

1    4.  Defendant shall file an opposition or statement of non-opposition to plaintiff's motion

2    for sanctions on or before March 10, 2017.

3    Dated:  February 21, 2017

4

5                                                  _____

6                                                  DEBORAH BARNES
                                                   UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23    DLB:6
      DB\orders\orders.civil\johnson0798.osc
24

25

26

27

28

2