UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ELK HORN GAS, INC.,<br><br>    Defendant. | No. 2:14-cv-0798 MCE DB<br><br><br>ORDER |

This action came before the court on March 17, 2017, for hearing of plaintiff's motion for sanctions. Attorney Sara Gunderson appeared on behalf of the plaintiff and attorney Ilija Cvetich appeared on behalf of the defendant.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for sanctions (ECF No. 35) is granted;

2. Within 7 days of the March 17, 2017 hearing, attorney Ilija Cvetich shall fully comply with the order filed January 9, 2017 (ECF No. 34); and

////
////
////
////

3.  Within 7 days of the March 17, 2017 hearing, attorney Ilija Cvetich shall pay plaintiff an additional sanction in the amount of $950.[1]

Dated:  March 17, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\johnson0798.oah.031717

---

[1]  This sanction, and the January 9, 2017 sanction of $1,600, must be paid by attorney Ilija Cvetich and may not be passed on to counsel's client.

2