UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson**,

    Plaintiff,

v.

**Elk Horn Gas, Inc.**, a California Corporation; and Does 1-10,

    Defendants

**Case:** 2:14-cv-00798-MCE-DB

Amended Judgment Re: Plaintiff's Motion for an Award of Attorneys' fees and Litigation expenses

In accordance with the Court's ruling on May 2, 2018, the Court amends it judgment in this matter, entered on October 6, 2017 in favor of plaintiff Scott Johnson and against defendants Elk Horn Gas, Inc., to include the amount of $12,630 in attorneys' fees and $620 in costs for a total of $13,250.

IT IS SO ORDERED.

Dated: May 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE