UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,** | Case No.: 2:14-cv-00798-MCE-DB |
| Plaintiff, | **ORDER ON REQUEST FOR CONTIUNANCE OF DEBTOR'S EXAMINATION** |
| v. | |
| **Elk Horn Gas, Inc.** | |
| Defendants. | |

## **ORDER**

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Jatinderpal Bajwa, is continued from October 5, 2018 to November 16, 2018 at 9:30 am in Courtroom 26, 8th floor, 501 I Street, Sacramento, CA 95814.

IT IS SO ORDERED.

Dated: October 5, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Civil/john0798.stip.O.100518

Order on request to continue Debtor's Exam          -1-