UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:14-cv-0798 MCE DB |
| Plaintiff, | |
| v. | ORDER |
| ELK HORN GAS INC., | |
| Defendant. | |

This action came before the court on January 18, 2019, for a judgment debtor examination. Attorney Bradley Smith appeared on behalf of the plaintiff. No appearance was made on behalf of defendant, and judgment debtor, Elk Horn Gas, Inc. Plaintiff requested a continuation of the judgment debtor examination.

Accordingly, IT IS HEREBY ORDERED that the judgment debtor examination is continued to **Friday, February 15, 2019, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned

Dated: January 21, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\johnson0798.cont.jde.ord

1