UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>ELK HORN GAS INC.,<br><br>    Defendant. | No. 2:14-cv-0798 MCE DB<br><br><br>ORDER |

Pursuant to Local Rule 302(c)(11), a judgment debtor examination is scheduled before the undersigned on February 15, 2019. (ECF No. 79.) On February 12, 2019, plaintiff filed a motion to continue the judgment debtor examination to May 24, 2019, to allow plaintiff to effect service on the judgment debtor. (ECF No. 80.) Good cause appearing, plaintiff's request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's February 12, 2019 motion to continue (ECF No. 80) is granted; and

2. The February 15, 2019 judgment debtor examination is continued to **Friday, May 24, 2019, at 9:30 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned.

Dated: February 13, 2019

DLB:6
DB\orders\orders.civil\johnson0798.cont.jde2.ord

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE