UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>ELK HORN GAS INC.,<br><br>    Defendant. | No. 2:14-cv-0798 MCE DB<br><br><br><br>ORDER |

Pursuant to Local Rule 302(c)(11), a judgment debtor examination is scheduled before the undersigned on May 24, 2019. (ECF No. 81.) On May 20, 2019, plaintiff filed a motion to continue the judgment debtor examination to August 30, 2019, to allow plaintiff to effect service on the judgment debtor. (ECF No. 82.) Plaintiff's request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's May 20, 2019 motion to continue (ECF No. 82) is granted; and

2. The May 24, 2019 judgment debtor examination is continued to **Friday, August 30, 2019, at 9:30 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned.

DATED: May 21, 2019

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1