UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>ELK HORN GAS INC.,<br><br>  Defendant. | No. 2:14-cv-0798 MCE DB<br><br><br>ORDER |

Pursuant to Local Rule 302(c)(11), a judgment debtor examination is scheduled before the undersigned on August 30, 2019. (ECF No. 83.) On August 21, 2019, and August 23, 2019, plaintiff filed motions to continue the judgment debtor examination to allow plaintiff to effect service on the judgment debtor. (ECF Nos. 84 & 85.) Plaintiff's request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's August 23, 2019 motion to continue (ECF No. 85) is granted;

2. The August 30, 2019 judgment debtor examination is continued to **Friday, December 6, 2019, at 9:30 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned; and

3. Plaintiff's August 21, 2019 motion to continue (ECF No. 84) is deemed withdrawn.

DATED: August 26, 2019 　　　　　　　　　　　　　/s/ DEBORAH BARNES
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1