UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ELK HORN GAS INC.,<br><br>　　　　　Defendant. | No.  2:14-cv-0798 MCE DB<br><br><br>ORDER |

　　　Pursuant to Local Rule 302(c)(11), a judgment debtor examination is scheduled before the undersigned on March 12, 2021.  (ECF No. 103.)  In light of General Order Number 618 that examination will be continued.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1. The March 12, 2021 judgment debtor examination is continued to **Friday, June 25, 2021, at 9:30 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

　　　2. On or before **May 28, 2021**, plaintiff shall serve a copy of this order on the judgment debtor and file proof of such service; and

////

////

////

1

3. Failure to file proof of service on the judgment debtorr on or before **May 28, 2021**, will result in an order vacating the June 25, 2021 judgment debtor examination.

DATED: March 3, 2021

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE